United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 11-08406-PMG
Monia M Temo                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-3          User: leel             Page 1 of 1            Date Rcvd: Nov 25, 2011
                              Form ID: B9A           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2011.
```
db         +Monia M Temo,   3864 Ringneck Drive,   Jacksonville, FL 32226-4492
aty        +Max Story,   Collins & Story, PA,   233 E Bay Street, Suite 920,   Jacksonville, FL 32202-3434
tr         +Gregory K. Crews,   8584 Arlington Expressway,   Jacksonville, FL 32211-8003
21293441   +Alphera Financial Serv,   5550 Britton Parkway,   Hilliard, OH 43026-7456
21293438   +Duval County Tax Collector,   231 Forsyth St. #130,   Jacksonville FL 32202-3380
21293447   +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
21293449   +Ic Systems Inc,   Po Box 64378,   St. Paul, MN 55164-0378
21293450   +Jean-Louis Temo,   9439 San Jose Blvd. #58,   Jacksonville, FL 32257-5507
21293451   +NCO Financial Systems,   Attention: Bankruptcy,   507 Prudential Rd,   Horsham, PA 19044-2308
21293452   +Paragonway,   Po Box 92109,   Austin, TX 78709-2109
21293453   +Pathfinder Credit,   4465 W Gandy Blvd Ste 81,   Tampa, FL 33611-3376
21293455   +Wfs Financial/Wachovia Dealer Svcs,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569
21293456   +Zakheim & Assoc,   1045 South University Dr,   Suite 202,   Fort Lauderdale, FL 33324-3333
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Nov 25 2011 20:50:33
             United States Trustee - JAX 13/7,   135 W Central Blvd Suite 620,   Orlando, FL 32801-2440
21293442    EDI: ATTWIREBK.COM Nov 25 2011 20:43:00      AT&T,   c/o NCO Financial System,   P.O. Box 105503,
             Atlanta, GA 30348-5503
21293443    +E-mail/Text: martinw@bernhardtlabs.com Nov 25 2011 20:51:33      Bernhardt Laboratories,
             5008 Mustang Road,   Jacksonville, FL 32216-6028
21293444    +EDI: CAPITALONE.COM Nov 25 2011 20:43:00      Capital One, N.a.,   Capital One Bank (USA) N.A.,
             Po Box 30285,   Salt Lake City, UT 84130-0285
21293445    +EDI: CBCSI.COM Nov 25 2011 20:43:00      Cbcs,   Po Box 164089,   Columbus, OH 43216-4089
21293446    EDI: DISCOVER.COM Nov 25 2011 20:43:00      Discover,   P.O. Box 15251,
             Wilmington, DE 19886-5251
21293439    EDI: FLDEPREV.COM Nov 25 2011 20:43:00      Florida Dept. of Revenue,   Bankruptcy Unit,
             P.O. Box 6668,   Tallahassee, FL 32314-6668
21293448    +EDI: RMSC.COM Nov 25 2011 20:43:00      GE Money Bank,   P.O. Box 96061,   Orlando, FL 32896-0001
21293449    +EDI: ICSYSTEM.COM Nov 25 2011 20:43:00      Ic Systems Inc,   Po Box 64378,
             St. Paul, MN 55164-0378
21293454    EDI: PRA.COM Nov 25 2011 20:43:00      Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,
             Norfolk, VA 23541
21293440    +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Nov 25 2011 20:50:33      United States Trustee,
             135 W Central Blvd, Suite 620,   Orlando, FL 32801-2440
                                                                                               TOTAL: 11
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2011**          **Signature:**          _Joseph Speetjens_

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)     Case Number **3:11−bk−08406−PMG**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on November 17, 2011 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Monia M Temo
3864 Ringneck Drive
Jacksonville, FL 32256

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 3:11−bk−08406−PMG | xxx−xx−6939 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Max Story<br>Collins & Story, PA<br>233 E Bay Street, Suite 920<br>Jacksonville, FL 32202−3456<br>Telephone number: 904−355−0805 | Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211<br>Telephone number: 904−354−1750 |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones into the Courthouse.

Date: **December 23, 2011**     Time: **10:00 AM**
Location: **FIRST FLOOR, 300 North Hogan St. Suite 1−200, Jacksonville, FL 32202**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts:
February 21, 2012**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>300 North Hogan Street Suite 3−350<br>Jacksonville, FL 32202<br>Telephone number: 904−301−6490 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: November 25, 2011 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint – **or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9)** –in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| | Individual debtors in Chapter 7 cases must complete an instructional course in personal financial management in order to receive a discharge under chapter 7. A statement regarding completion of the course must be filed within 60days after the first date set for the meeting of creditors. Failure to timely file the statement may result in the case being closed without entry of the discharge of debts. If the case is closed without the entry of a discharge, the debtor must file a motion to reopen, with the appropriate filing fee, in order to file the statement and obtain a discharge of debts. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

| | |
|---|---|
| Voice Case Info. System (VCIS) | For use with a touch–tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1–866–879–1286. |